Defendant's database according to user defined criteria and when telephone numbers on such a lost are dialed by the dialing system, a human being does not have to manually dial the number.

38. With the autodialed calls to Plaintiff's telephone commencing on or about November 1, 2015 and continuing to the present, the Defendants violated various provisions of the TCPA, including but not limited to 47 USC §227(b)(A)(iii).

39. The Defendants, having been informed that Plaintiff requested that no further automated calls be made, willfully violated the TCPA at least sixty (60) times.

40. Upon information and belief, Defendants have implemented a policy in business practice which trains, instructs and/or sanctions employees and agents exemplified by the representatives with whom Plaintiff communicated to request that Defendant's calls cease, to ignore such requests from consumers.

41. Pursuant to the TCPA Omnibus Declaratory Ruling and Order, July 2015, paragraphs 138 and 139, communications from banking institutions which are exempt "…are all intended to address exigent circumstances in which a quick, timely communication with a consumer could prevent considerable consumer harms from occurring or, in the case of the remediation calls, could help quickly mitigate the extent of harm that will occur." Pursuant to Paragraph 139, (3) and (7) "In light of these considerations, we adopt the following conditions for each exempted call (voice call or text message) made by a financial institution:

3) voice calls and text messages are strictly limited to purposes discussed in paras. 129-137 above and must not include any telemarketing, cross-marketing, solicitation, debt collection, or advertising content;

7) a financial institution must honor opt-out requests immediately."

42. Defendant SYNCHRONY BANK is in violation of the TCPA paragraphs 139 (3) having used their calls for debt collection and (7), failing to honor Plaintiffs' desire to opt out of both text and telephone communications despite Plaintiff's clear, unequivocal and repeated requests that such automatic calls cease.

43. Defendant willfully violated TCPA 47 USC §227(b)(A)(iii) by waging a campaign of computer generated unauthorized autodialed telephone calls to Plaintiff's telephone, continuing even after a request was made to cease and desist.

44. As a result of Defendant's violations of the TCPA, Plaintiff has been damaged and is entitled to damages of $90,000.00 in accordance with the TCPA.

## DEMAND FOR TRIAL BY JURY

45. Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendants as follows:

A. For actual damages provided and pursuant to 47 USC §227 et.seq.;

B. For trebled damages to be awarded to the Plaintiff in accordance with the TCPA, for each of the Defendant's sixty (60) plus willful or knowing violations of the TCPA, for additional damages of $90,000.00.

C. For statutory damages provided and pursuant to 47 USC §227 et.seq.;

D. For attorneys' fees and costs provided and pursuant to 15 USC §1692k(a)(3);

E. A declaration that the Defendant's practices violated the TCPA;

F. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:   March 3, 2016

Respectfully submitted,

*signature*

Edward B. Geller, Esq.
Edward B. Geller, Esq., P.C., Of Counsel to
M. Harvey Rephen & Associates, P.C.

*Attorney for the Plaintiff* AVROHAM DEUTSCH

To:   Synchrony Bank
170 West Election Road
Suite 125
Draper, Utah 84020

Amazon.com, Inc.
300 Deschutes Way SW, Suite 304
Seattle, WA 98501

*(Via Prescribed Service)*

Clerk of the Court,
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

*(Via Electronic Court Filing)*

EXHIBIT "A"

| DATE | TIME | CELL |
|---|---|---|
| 12-Jan | 1141am | 646-285-7664 |
| 14-Jan | 1133am | |
| 17-Jan | 1050am | |
| 17-Jan | 1136am | |
| 17-Jan | 239pm | |
| 17-Jan | 443pm | |
| 18-Jan | 830am | |
| 18-Jan | 917am | |
| 18-Jan | 745pm | |
| 20-Jan | 847am | |
| 20-Jan | 954AM | |
| 22-Jan | 842am | |
| 22-Jan | 1012am | |
| 26-Jan | 843am | |
| 26-Jan | 1254pm | |
| 26-Jan | 305pm | |
| 26-Jan | 604pm | |
| 28-Jan | 253pm | |
| 28-Jan | 428pm | |
| 28-Jan | 554pm | |
| 31-Jan | 832am | |
| 31-Jan | 229pm | |
| 31-Jan | 408pm | |
| 31-Jan | 624pm | |
| 1-Feb | 917am | |
| 1-Feb | 1053am | |
| 1-Feb | 611pm | |
| 1-Feb | 746pm | |
| 3-Feb | 905am | |
| 3-Feb | 126pm | |
| 3-Feb | 339pm | |
| 3-Feb | 644pm | |
| 5-Feb | 1022am | |
| 5-Feb | 219pm | |
| 5-Feb | 420pm | |
| 7-Feb | 1024am | |
| 7-Feb | 1251pm | |
| 7-Feb | 200pm | |
| 7-Feb | 320pm | |
| 8-Feb | 913am | |
| 8-Feb | 115pm | |
| 8-Feb | 441pm | |
| 8-Feb | 614pm | |
| 9-Feb | 914am | |
| 9-Feb | 104pm | |
| 9-Feb | 353pm | |

```
 9-Feb  638pm
10-Feb  920am
10-Feb 1029am
10-Feb  457pm
10-Feb  632pm
11-Feb  926am
11-Feb 1027am
11-Feb  100pm
11-Feb  646pm
12-Feb  917am
12-Feb  125pm
12-Feb  422pm
12-Feb  618pm
13-Feb  908am
13-Feb 1108am
13-Feb  123pm
13-Feb  305pm
14-Feb 1059am
14-Feb 1237pm
14-Feb  208pm
```

AMAZON SYNCHRONY
866-771-1104